UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MURAD REED, | Case No. 18-cv-07715-LB |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| CLEAR RECON CORP., et al., | |
| Defendants. | |

On June 24, 2019, after the plaintiff failed to appear at the hearing on the motion to dismiss on March 7, 2019 and the initial case-management conference on June 20, 2019, the court issued an order to show cause why the court should not dismiss the case for the plaintiff's failure to prosecute it, ordered the plaintiff to file a written status report by July 11, 2019, and directed the plaintiff to appear in person at a show-cause hearing on July 18, 2019 at 11:00 a.m.[1] (This order incorporates the earlier order by reference. It is attached to this order.) The plaintiff did not file a written report or appear at the July 18 hearing. As the earlier order shows, the court warned the plaintiff about the consequences of not appearing, including dismissal of his case.[2] Defense

---

[1] Order – ECF No. 51. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] *Id.* at 2–4 (setting forth legal standards and consequences).

counsel also said at the June 20 hearing that the plaintiff told him that he was no longer interested in pursuing the case because the loan had been transferred.[3] Under the circumstances, the court dismiss the case with prejudice.

**IT IS SO ORDERED.**

Dated: July 18, 2019

_____
LAUREL BEELER
United States Magistrate Judge

---

[3] *Id.* at 3.